# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ALBERTO CECENA HERNANDEZ (4), <br> Defendant. | Case No. 97CR3306-H <br><br> JUDGMENT AND ORDER OF DISMISSAL |

Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Indictment in the above entitled case against defendant Alberto Cecena Hernandez. The defendant is hereby discharged and the bench warrant issued on December 17, 1997 by Judge Edward J. Schwartz is hereby recalled.

IT IS SO ORDERED AND ADJUDGED.

DATED: March 5, 2018

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

-1-